PAPERS IN FILE

[None]

RICHARD PATTINSON

v.

JOHN DODEMEAD, JOSEPH WILKINSON, JR., AND
JAMES DODEMEAD

1808

JOURNAL ENTRIES

1. Plea filed; replication; issue . . . . . . *Journal, infra,* \*p. 133
2. Jury de medietate linguae ordered . . . . . . . " 139
3. Jurors . . . . . . . . . . . . . " 139
4. Consent concerning deposition . . . . . . . " 140
5. Deposition . . . . . . . . . . . . " 140
6. Verdict; motion made for new trial . . . . . . " 141
7. Argument heard . . . . . . . . . . . " 143
8. Argument continued . . . . . . . . . . " 148
9. Motion overruled; judgment . . . . . . . . " 156

PAPERS IN FILE

1. Plea of payment; replication; issue . . . . . . . *Printed in Vol. 2*